ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA           :     **SEALED**
                                         **INDICTMENT**
         - v. -                    :
                                         09 Cr. 1022
ELVIS SANTANA,                     :
     a/k/a "L,"
     a/k/a "Stunna L,"             :
DANNY BUENO,
     a/k/a "Young Stunna,"
ANGEL DELACRUZ,
     a/k/a "Young Money,"
EMMANUEL MARTINEZ,
     a/k/a "Manny,"
HAROLD ROMAN,
     a/k/a "New Money,"
     a/k/a "Tommy,"
JOEL NORWOOD,                      :
     a/k/a "Fat Boy,"
LAMONT MASON,                      :
     a/k/a "Mont,"
ANDRE RODRIGUEZ,                   :
     a/k/a "Dre,"
     a/k/a "D,"                    :
     a/k/a "Daddy Day,"
HECTOR BARBOSA,                    :
     a/k/a "Tito,"
JESSIE FONSECA,                    :
     a/k/a "Jess,"
DENNIS MANCUSI,                    :
FRED CANNON,
     a/k/a "Fred Wilson,"          :
     a/k/a "Goody,"
     a/k/a "Will,"                 :
DONTAE DEGREE,
PABLO RIVERA,                      :
MARK HAMMARY,
     a/k/a "Snoop,"                :
ROBERT BENEDITTINI,
JULIO GARCIA,                      :
     a/k/a "Julio Natal,"
     a/k/a "Julio Santana,"        :
FRANK VACCARIELLO,
DONALD TAYLOR,
     a/k/a "Ducky,"
                                   :

```
ROBERT CURRY,                              :
     a/k/a "Gotti,"
JAMES McCRAE,                              :
BLAINE SCOTT,
     a/k/a "Scratch,"                      :
ERIC McKENZIE,
     a/k/a "Blitz,"                        :
BYRON OVERBY,
ROBERT BARNES,                             :
OMARI NELSON,
     a/k/a "O,"                            :
WILLIAM ANDERSON,
     a/k/a "Anton,"                        :
JERMAINE GILLEO,
MICHAEL CUNNINGHAM,                        :
     a/k/a "Little Rico,"
PIERRE MYKE,                               :
JAI PATTERSON,
KADEMA NELSON,                             :
     a/k/a "Knocky,"
DONIEL THOMAS,                             :
     a/k/a "OG,"
JAMES SKAGGS,                              :
TYRELL MOSLEY,
     a/k/a "TY,"                           :
     a/k/a "Mike,"
TAINA VALENTINE,                           :
PRINCE MARSH,
     a/k/a "Pop,"                          :
TAWAN HINES,
SAM SHULER,                                :
CHRIS CURRY,
     a/k/a "KP,"                           :
SHAUN BROOKS,
ROBERT EVANS, and                          :
MORGAN STOKES,
                                           :
               Defendants.
                                           :
- - - - - - - - - - - - - - - - - - - - - X
```

Distribution Network, and VACCARIELLO further distributed that cocaine.

    4.   During the relevant time period, the Santana Organization distributed approximately 2.5 kilograms of crack cocaine and 750 grams of powder cocaine per month in Westchester County. In total, the Santana Organization's drug trafficking operation distributed at least 22 kilograms of crack cocaine and 6.5 kilograms of powder cocaine and collected approximately $1,000,000 in proceeds from narcotics trafficking during the relevant time period.

### MEANS AND METHODS OF THE CONSPIRACY

    5.   The drug trafficking activities of the Santana Organization were conducted as follows:

    a.   The Core Members of the Santana Organization were regularly supplied with kilogram quantities of cocaine. Prior to purchasing cocaine, ELVIS SANTANA, a/k/a "L," a/k/a "Stunna L," the defendant, and the other Core Members determined how much money had been collected from the Distribution Network and when that money would be brought to SANTANA. After collecting proceeds, SANTANA either obtained the cocaine himself or directed other Core Members to go pick it up. After picking up the cocaine, the Core Members brought the cocaine to locations in and around Westchester County ("Stash Locations") where some

of the cocaine was cooked into crack and where cocaine and crack were repackaged into smaller packages for distribution.

           b.    The Core Members delivered the crack and powder cocaine, typically in amounts between 5 and 100 grams, to members of the Distribution Network. EMMANUEL MARTINEZ, a/k/a "Manny," the defendant, delivered crack and powder cocaine to members of the Distribution Network in Yonkers and other communities in southern Westchester. DANNY BUENO, a/k/a "Young Stunna," and ANGEL DELACRUZ, a/k/a "Young Stunna," the defendants, delivered crack and powder cocaine to members of the Distribution Network in Peekskill and other communities in northern Westchester and Rockland County. Deliveries were arranged via phone conversations in which the members of the Distribution Network specified whether they wanted crack cocaine, powder cocaine, or both, and how much they wanted. During the conversations, Core Members relayed current prices for the narcotics, provided information about when the drugs could be delivered and discussed where the deliveries would take place. The Core Members also used text messaging to communicate with members of the Distribution Network. Text messages were used by the Santana Organization to place orders, confirm amounts and prices, schedule deliveries, and warn of law enforcement activities.

c. Once deliveries had been arranged, MARTINEZ, DELACRUZ, and BUENO drove to the meeting places and delivered the narcotics to members of the Distribution Network. Some deliveries were made inside buildings or apartments, and other deliveries occurred on the street, often inside the cars used to transport the narcotics.

d. In addition to delivering narcotics, MARTINEZ, DELACRUZ, and BUENO collected proceeds from the sales of narcotics from the members of the Distribution Network. Narcotics proceeds were temporarily stored in the Stash Locations before being brought to SANTANA.

## STATUTORY ALLEGATION

6. From in or about February 2009, through in or about October 2009, in the Southern District of New York and elsewhere, ELVIS SANTANA, a/k/a "L," a/k/a "Stunna L," DANNY BUENO, a/k/a "Young Stunna," ANGEL DELACRUZ, a/k/a "Young Money," EMMANUEL MARTINEZ, a/k/a "Manny," HAROLD ROMAN, a/k/a "New Money," a/k/a "Tommy," JOEL NORWOOD, a/k/a "Fat Boy," LAMONT MASON, a/k/a "Mont," ANDRE RODRIGUEZ, a/k/a "Dre," a/k/a "D," a/k/a "Daddy Day," HECTOR BARBOSA, a/k/a "Tito," JESSIE FONSECA, a/k/a "Jess," DENNIS MANCUSI, FRED CANNON, a/k/a "Fred Wilson," a/k/a "Goody," a/k/a "Will," DONTAE DEGREE, PABLO RIVERA, MARK HAMMARY, a/k/a "Snoop," ROBERT BENEDITTINI, JULIO GARCIA, a/k/a "Julio Natal," a/k/a "Julio Santana," FRANK VACCARIELLO, DONALD

TAYLOR, a/k/a "Ducky," ROBERT CURRY, a/k/a "Gotti," JAMES McCRAE, BLAINE SCOTT, a/k/a "Scratch," ERIC McKENZIE, a/k/a "Blitz," BYRON OVERBY, ROBERT BARNES, OMARI NELSON, a/k/a "O," WILLIAM ANDERSON, a/k/a "Anton," JERMAINE GILLEO, MICHAEL CUNNINGHAM, a/k/a "Little Rico," PIERRE MYKE, JAI PATTERSON, KADEMA NELSON, a/k/a "Knocky," DONIEL THOMAS, a/k/a "OG," JAMES SKAGGS, TYRELL MOSLEY, a/k/a "TY," a/k/a "Mike," TAINA VALENTINE, PRINCE MARSH, a/k/a "Pop," TAWAN HINES, SAM SHULER, CHRIS CURRY, a/k/a "KP," SHAUN BROOKS, ROBERT EVANS, and MORGAN STOKES, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

    7.    It was a part and an object of the conspiracy that ELVIS SANTANA, a/k/a "L," a/k/a "Stunna L," DANNY BUENO, a/k/a "Young Stunna," ANGEL DELACRUZ, a/k/a "Young Money," EMMANUEL MARTINEZ, a/k/a "Manny," HAROLD ROMAN, a/k/a "New Money," a/k/a "Tommy," JOEL NORWOOD, a/k/a "Fat Boy," LAMONT MASON, a/k/a "Mont," ANDRE RODRIGUEZ, a/k/a "Dre," a/k/a "D," a/k/a "Daddy Day," HECTOR BARBOSA, a/k/a "Tito," JESSIE FONSECA, a/k/a "Jess," DENNIS MANCUSI, FRED CANNON, a/k/a "Fred Wilson," a/k/a "Goody," a/k/a "Will," DONTAE DEGREE, MARK HAMMARY, a/k/a "Snoop," ROBERT BENEDITTINI, JULIO GARCIA, a/k/a "Julio Natal," a/k/a "Julio Santana," FRANK VACCARIELLO, DONALD TAYLOR, a/k/a "Ducky," ROBERT

CURRY, a/k/a "Gotti," JAMES McCRAE, BLAINE SCOTT, a/k/a "Scratch," ERIC McKENZIE, a/k/a "Blitz," BYRON OVERBY, ROBERT BARNES, OMARI NELSON, a/k/a "O," WILLIAM ANDERSON, a/k/a "Anton," JERMAINE GILLEO, MICHAEL CUNNINGHAM, a/k/a "Little Rico," PIERRE MYKE, JAI PATTERSON, KADEMA NELSON, a/k/a "Knocky," DONIEL THOMAS, a/k/a "OG," JAMES SKAGGS, TYRELL MOSLEY, a/k/a "TY," a/k/a "Mike," TAINA VALENTINE, PRINCE MARSH, a/k/a "Pop," TAWAN HINES, SAM SHULER, CHRIS CURRY, a/k/a "KP," SHAUN BROOKS, ROBERT EVANS, and MORGAN STOKES, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

8. The controlled substances involved in the offense were (1) 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A); and (2) five kilograms and more of mixtures and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

OVERT ACTS

9. In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt acts, among others,

9

were committed in the Southern District of New York and elsewhere:

        a. On or about October 5, 2009, ELVIS SANTANA, a/k/a "L," a/k/a "Stunna L," and EMMANUEL MARTINEZ, a/k/a "Manny," the defendants, traveled to a Santana Organization Stash Location in the Bronx, New York.

        b. On or about October 6, 2009, ELVIS SANTANA, a/k/a "L," a/k/a "Stunna L," the defendant, had a conversation with a cooperating witness ("CW") about a possible sale of crack cocaine at a store in New Rochelle, New York in which SANTANA stated "[i]t's good . . . if I don't cook it good, I'd get stuck with it."

        c. On or about October 9, 2009, EMMANUEL MARTINEZ, a/k/a "Manny," the defendant, sold approximately 60 grams of crack cocaine for $1800 to the CW in Yonkers, New York.

        d. On or about February 20, 2009, ANGEL DELACRUZ, a/k/a "Young Money," and DANNY BUENO, a/k/a "Young Stunna," sold approximately 16 grams of crack cocaine to an undercover officer in exchange for approximately $500 in a parking lot in Peekskill, New York.

        e. On or about July 13, 2009, EMMANUEL MARTINEZ, a/k/a "Manny," and HAROLD ROMAN, a/k/a "New Money," a/k/a "Tommy," the defendants, had a telephone conversation in which

MARTINEZ asked ROMAN "what you working with?" and told ROMAN "just trying to find out what's good . . . part of my job, no?"

      f.  On or about August 25, 2009, EMMANUEL MARTINEZ a/k/a "Manny," and JOEL NORWOOD, a/k/a "Fat Boy," the defendants, had a telephone conversation in which NORWOOD ordered "35" and "10" from MARTINEZ and told MARTINEZ that people were "loving this shit . . . this shit is flavor."

      g.  On or about August 30, 2009, EMMANUEL MARTINEZ, a/k/a "Manny," and JOEL NORWOOD, a/k/a "Fat Boy," the defendants, had a telephone conversation in which NORWOOD said "that last shit was better" and explained that "they like the way the one was more put together, because it was more hard" and if they "keep it like that" no one would "complain."

      h.  On or about September 25, 2009, ANGEL DELACRUZ, a/k/a "Young Money," and DANNY BUENO, a/k/a "Young Stunna," the defendants, had a telephone conversation in which BUENO told DELACRUZ "you got to start leaving the paper . . . that shit is slow and [he] needs his paper. So shit is so slow, whatever paper we got, we got to give to him. Cause he needs it."

      i.  On or about October 2, 2009, DANNY BUENO, a/k/a "Young Stunna," and DONALD TAYLOR, a/k/a "Ducky," the defendants, had a telephone conversation in which BUENO told

TAYLOR "it's at 38, good number, right?" and went on to say that "[t]he work is proper too . . . [r]eal good.  Nice and crunchy."

        j.   On or about August 29, 2009, EMMANUEL MARTINEZ a/k/a "Manny," and LAMONT MASON, a/k/a "Mont," the defendants, had a telephone conversation in which MASON ordered "40" and "20" at "33" and told MARTINEZ that his "man" just got "popped" and that as a result his "shit was super blown."

        k.   On or about August 14, 2009, EMMANUEL MARTINEZ a/k/a "Manny," and HECTOR BARBOSA, a/k/a "Tito," the defendants, had a telephone conversation in which BARBOSA ordered "23."

        l.   On or about August 21, 2009, EMMANUEL MARTINEZ, a/k/a "Manny," and ANDRE RODRIGUEZ, a/k/a "Dre," a/k/a "D," the defendants, had a telephone conversation in which RODRIGUEZ told MARTINEZ that RODRIGUEZ was "finishing up" and had "30 left" but that RODRIGUEZ had not finished yet because "there is lots of cops outside."

        m.   On or about September 6, 2009, EMMANUEL MARTINEZ, a/k/a "Manny," and JESSIE FONSECA, a/k/a "Jess," the defendants, had a telephone conversation in which MARTINEZ told FONSECA that MARTINEZ had something "way better than the other shit" and FONSECA said he was "gonna need both ways."

    n. On or about June 22, 2009, EMMANUEL MARTINEZ, a/k/a "Manny," and DENNIS MANCUSI, the defendants, had a telephone conversation in which MANCUSI ordered "51."

    o. On or about August 28, 2009, EMMANUEL MARTINEZ, a/k/a "Manny," and FRED CANNON, a/k/a "Fred Wilson," a/k/a "Goody," a/k/a "Will," the defendants, had a telephone conversation in which CANON ordered "10."

    p. On or about September 23, 2009, EMMANUEL MARTINEZ, a/k/a "Manny," and DONTAE DEGREE, the defendants, had a telephone conversation in which DEGREE ordered "the same thing you gave me yesterday" but in "soft" and "10 hard."

    q. On or about September 10, 2009, EMMANUEL MARTINEZ, a/k/a "Manny," and PABLO RIVERA, the defendants, had a telephone conversation in which RIVERA ordered "35."

    r. On or about August 17, 2009, EMMANUEL MARTINEZ, a/k/a "Manny," and MARK HAMMARY, a/k/a "Snoop," the defendants, had a telephone conversation in which HAMMARY ordered "10 soft."

    s. On or about September 11, 2009, EMMANUEL MARTINEZ, a/k/a "Manny," and ROBERT BENEDETTINI, the defendants, had a telephone conversation in which BENEDETTINI ordered "10" grams of powder cocaine.

    t. On or about June 25, 2009, EMMANUEL MARTINEZ, a/k/a "Manny," and JULIO GARCIA, a/k/a "Julio Natal," a/k/a

"Julio Santana," the defendants, had a telephone conversation in which GARCIA said he was looking for "50."

   u. On or about June 25, 2009, HAROLD ROMAN, a/k/a "New Money," a/k/a "Tommy," and FRANK VACCARIELLO, the defendants, had a telephone conversation in which VACCARIELLO ordered "2."

   v. On or about August 19, 2009, ANGEL DELACRUZ, a/k/a "Young Money," and DONALD TAYLOR, a/k/a "Ducky," the defendants, had a telephone conversation in which TAYLOR ordered "two 8-balls hard" and DELACRUZ asked "what the hell is that" to which TAYLOR replied "3 and a half."

   w. On or about May 28, 2009, ANGEL DELACRUZ, a/k/a "Young Money," and ROBERT CURRY, a/k/a "Gotti," the defendants, had a telephone conversation in which CURRY ordered "30."

   x. On or about August 25, 2009, ANGEL DELACRUZ, a/k/a "Young Money," and JAMES McCRAE, the defendants, had a telephone conversation in which McCRAE ordered "10."

   y. On or about August 23, 2009, ANGEL DELACRUZ, a/k/a "Young Money," and BLAINE SCOTT, a/k/a "Scratch," the defendants, had a telephone conversation in which SCOTT ordered "15" and asked whether it was "hard" to which DELACRUZ replied "its hard" and explained that "normally, soon as I'm done cooking

up right, I put the shit on top of paper" but that DELACRUZ had not done that the last time and that was why "it was like that."

z.   On or about October 2, 2009, DANNY BUENO, a/k/a "Young Stunna," and ERIC McKENZIE, a/k/a "Blitz," the defendants, had a telephone conversation in which McKENZIE ordered "40" at "32."

aa.   On or about September 10, 2009, ANGEL DELACRUZ, a/k/a "Young Money," and BYRON OVERBY, the defendants, had a telephone conversation in which OVERBY ordered "10" and asked DELACRUZ "is it better than that last shit you had" and DELACRUZ replied "[y]eah, yeah . . . way better."

bb.   On or about August 27, 2009, ANGEL DELACRUZ, a/k/a "Young Money," and ROBERT BARNES, the defendants, had a telephone conversation in which BARNES ordered "37 and 3 soft" and asked DELACRUZ "it's not that white shit, right?" to which DELACRUZ replied that "it's white, but it's not like that last shit."

cc.   On or about May 29, 2009, ANGEL DELACRUZ, a/k/a "Young Money," and OMARI NELSON, a/k/a "O," the defendants, had a telephone conversation in which NELSON ordered "25 grams."

dd.   On or about September 24, 2009, ANGEL DELACRUZ, a/k/a "Young Money," and WILLIAM ANDERSON, a/k/a "Anton," the defendants, had a telephone conversation in which ANDERSON ordered "9."

    ee.  On or about May 27, 2009, ANGEL DELACRUZ, a/k/a "Young Money," and JERMAINE GILLEO, the defendants, had a telephone conversation in which GILLEO ordered "40" at "34."

    ff.  On or about August 18, 2009, ANGEL DELACRUZ, a/k/a "Young Money," and MICHAEL CUNNINGHAM, a/k/a "Little Rico," the defendants, had a telephone conversation in which CUNNINGHAM ordered "40."

    gg.  On or about September 15, 2009, ANGEL DELACRUZ, a/k/a "Young Money," and PIERRE MYKE, the defendants, had a telephone conversation in which MYKE ordered "100" at "32" and asked DELACRUZ whether it was "butter" to which DELACRUZ replied "it's butter . . . [i]t's good money."

    hh.  On or about September 10, 2009, ANGEL DELACRUZ, a/k/a "Young Money," and JAI PATTERSON, the defendants, had a telephone conversation in which PATTERSON told DELACRUZ "you owe me 5 joints" and explained that PATTERSON had paid DELACRUZ "45 money" and that DELACRUZ had delivered "25 and 15."

    ii.  On or about October 2, 2009, DANNY BUENO, a/k/a "Young Stunna," and KADEMA NELSON, a/k/a "Knocky," the defendants, had a telephone conversation in which NELSON confirmed an order for "30 and 10" of "hard."

    jj.  On or about September 8, 2009, ANGEL DELACRUZ, a/k/a "Young Money," and DONIEL THOMAS, a/k/a "OG," the

defendants, had a telephone conversation in which THOMAS ordered "2 dimes" of "hard body."

kk.  On or about August 25, 2009, ANGEL DELACRUZ, a/k/a "Young Money," and JAMES SKAGGS, the defendants, had a telephone conversation in which SKAGGS ordered "10."

ll.  On or about October 10, 2009, DANNY BUENO, a/k/a "Young Stunna," and TYRELL MOSLEY, a/k/a "TY," a/k/a "Mike," the defendants, had a telephone conversation in which MOSLEY ordered "30."

mm.  On or about September 4, 2009, ANGEL DELACRUZ, a/k/a "Young Money," and TAINA VALENTINE, the defendants, had a telephone conversation in which VALENTINE ordered "40 of the hard and 10 of the other."

nn.  On or about September 8, 2009, ANGEL DELACRUZ, a/k/a "Young Money," and PRINCE MARSH, a/k/a "Pop," the defendants, had a telephone conversation in which MARSH complained about a recent delivery by DELACRUZ and said "the soft" was not "10 grams" but "5 or 6 grams" and the "hard" was not "40."

oo.  On or about August 21, 2009, ANGEL DELACRUZ, a/k/a "Young Money," and TAWAN HINES, the defendants, had a telephone conversation in which HINES ordered "20" at "32."

17

      pp.  On or about October 13, 2009, DANNY BUENO, a/k/a "Young Stunna," and SAM SHULER, the defendants, had a telephone conversation in which SHULER ordered "10 hard."

      qq.  On or about October 16, 2009, DANNY BUENO, a/k/a "Young Stunna," and CHRIS CURRY, a/k/a "KP," the defendants, had a telephone conversation in which CURRY ordered "15 soft" and "10 hard."

      rr.  On or about October 16, 2009, DANNY BUENO, a/k/a "Young Stunna," and SHAUN BROOKS, the defendants, had a telephone conversation in which BROOKS ordered "7."

      ss.  On or about August 27, 2009, ANGEL DELACRUZ, a/k/a "Young Money," and ROBERT EVANS, the defendants, had a telephone conversation in which EVANS ordered "13" and told DELACRUZ to "put it on 5, 5, 3."

      tt.  On or about September 21, 2009, ANGEL DELACRUZ, a/k/a "Young Money," and MORGAN STOKES, the defendants, had a telephone conversation in which STOKES ordered "10."